# EXHIBIT C

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICHARD BRIDGEWATER, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. CC-21-LL-0020 |

## DECLARATION OF ALEXANDRE C. HALOW

I, Alexandre C. Halow, depose and declare as follows:

1. I am a Representation Services Advisor for C T Corporation System ("CT"). I am over the age of eighteen (18), am competent to give this declaration, and could testify competently as to the matters addressed in this declaration if called upon to do so in court.

2. CT is a commercial registered agent, and in that capacity exists to receive and forward service of process on behalf of its customers. I am familiar with the records CT creates and maintains in the ordinary course of business related to its receipt, processing, storage, and transmittal of the legal process it receives. The entries in those records are made at the time of the events and conditions they describe, either by people with first-hand knowledge of those events and conditions or from information provided by people with such first-hand knowledge. All facts set forth in this declaration are based on my personal knowledge and review of such records.

3. CT is the registered agent for service of process for Americold Logistics, LLC ("Americold") in the State of Illinois, and has been Americold's registered agent in the state of

Illinois throughout 2021. It is CT's standard business practice to keep a written record of all process and other documents received for the entities for which it serves as a registered agent, including Americold.

4. CT maintains an address for the receipt of service of process at 208 S. LaSalle Street, Suite 814, Chicago, IL 60604.

5. I have searched CT's records for any service of process CT has received related to the lawsuit styled *Richard Bridgewater v. Americold Logistics, LLC*, Case No. CC-21-LL-0020, filed in the Circuit Court of the Ninth Judicial Circuit in Knox County, Illinois (hereinafter, the "State Court Lawsuit").

6. Based on my review, CT has no record of receiving any summons, complaint, or similar service of process related to the State Court Lawsuit, either on May 26, 2021 or on any other date.

7. The first notice that CT received related to the State Court Lawsuit was on November 1, 2021, when it received a copy of an Order Setting Civil Jury & Non-Jury Cases for Case Management Conference dated October 27, 2021. This Order was sent to CT by the Knox County Circuit Clerk via regular U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Signed this 22nd day of November, 2021 in Athens, Georgia.

Alexandre C. Halow
Representation Services Advisor
C T Corporation System