# EXHIBIT D

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RICHARD BRIDGEWATER, individually and on behalf of all similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF RANDOLPH L. HUTTO

I, Randolph L. Hutto, declare the following:

1.　　I am currently employed by Americold Logistics, LLC ("Americold") as its Assistant Secretary. I make this declaration in support of Americold's Notice of Removal. I have personal knowledge of the facts contained herein, unless otherwise stated, and, if called to testify, I could and would competently testify thereto.

2.　　In my capacity as Assistant Secretary, I have knowledge of Americold's corporate structure. Americold Logistics, LLC was, at the time the Complaint was filed, and still is, is a limited liability company organized under the laws of the State of Delaware. Americold Logistics LLC's corporate offices, headquarters, executive and senior management personnel, and primary management operations are located in Atlanta, Georgia.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature on following page]*

1

Executed on this 18th day of November, 2021 in Atlanta, Georgia.

_____
Randolph L. Hutto

2