# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| RICHARD BRIDGEWATER, individually and on behalf of all similarly situated individuals, <br><br> *Plaintiff*, <br><br> v. <br><br> AMERICOLD LOGISTICS, LLC, a Delaware limited liability company, <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:21-cv-01348 <br><br> Hon. Michael M. Mihm <br><br> Magistrate Hon. Jonathan E. Hawley |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Richard Bridgewater ("Plaintiff") hereby voluntarily dismisses this action without prejudice.

1. On November 23, 2021, Defendant Americold Logistics, LLC ("Defendant") removed this action to this Court from the Circuit Court of Knox County, Illinois. (Dkt. 1).

2. On November 30, 2021, Defendant filed its Motion to Dismiss, or Alternatively, Stay Claims. (Dkts. 5-6).

3. On December 14, 2021, Plaintiff filed a Motion to Remand this case to Illinois state court (Dkt. 7) and moved to stay briefing on Defendant's Motion to Dismiss, or Alternatively Stay Claims (Dkt. 8).

4. On May 6, 2022, the Court denied Plaintiff's Motion to Remand. (Dkt. 13).

5. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an

answer or motion for summary judgment. Defendant has neither answered Plaintiff's First Amended Class Action Complaint nor served a motion for summary judgment.

6. Accordingly, Plaintiff hereby voluntarily dismisses this action without prejudice as to all claims asserted by Plaintiff and the putative class.

Dated: May 23, 2022

Respectfully submitted,

RICHARD BRIDGEWATER, individually and on behalf of similarly situated individuals

By: /s/ Timothy P. Kingsbury
    *One of Plaintiff's Attorneys*

Timothy P. Kingsbury
Chandne Jawanda
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
tkingsbury@mcgpc.com
cjawanda@mcgpc.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 23, 2022, I caused the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Timothy P. Kingsbury